# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

v.                                                 Case No: 6:22-cv-1679-RBD-DCI

LE BIEU MINH, MEN THI DANG
and CHLOE'S VIETNAMESE
CUISINE INC,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 10), filed December 3, 2022. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** with prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 8, 2022.



ROY B. DALTON JR.
United States District Judge